Marcelo Gondim, SBN 271302
Gondim Law Corp.
1880 Century Park E, Suite 400
Los Angeles, CA 90067
Telephone: 323-282-7770
Email: court@gondim-law.com

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAIKE BARBOSA LEITE SILVA**<br><br>Plaintiff,<br><br>vs.<br><br>**KRISTI NOEM, ET AL.**<br><br>Defendants. | Case No. 2:25-cv-11867<br><br>**DECLARATION OF MARCELO GONDIM** |

I, Marcelo Gondim, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am counsel of record for Plaintiff Caike Barbosa Leite Silva in this matter. I am the principal attorney at Gondim Law Corp., located at 1880 Century Park East, Suite 400, Los Angeles, California 90067.

2. I make this declaration based on my personal knowledge, my review of the Plaintiff's immigration files, my direct communications with Plaintiff, and my knowledge of current developments within the Los Angeles USCIS Field Office

1

and local ICE enforcement practices. If called to testify, I could and would competently testify to the facts stated herein.

3. I have been practicing immigration law for many years, and throughout my career, it has never been routine or expected for ICE to arrest adjustment-of-status applicants at their USCIS marriage-based interviews, particularly when those individuals are statutorily eligible to adjust under INA § 245(a).

4. Beginning around mid-November 2025, multiple immigration attorneys in California, myself included, have observed or received firsthand reports that ICE has begun detaining individuals during or immediately after their adjustment interviews, despite their eligibility for adjustment and the absence of criminal history or enforcement triggers.

5. I am aware of multiple clients of other attorneys who were detained at a USCIS field office and transported to a Detention Center, solely because they had previously overstayed visas, despite having properly filed I-485 applications placing them in a period of authorized stay under federal regulations.

6. Based on my experience and recent events, I firmly believe that the risk of arrest for the Plaintiff is immediate, serious, and credible.

8. I have personally reviewed and prepared all filings for Plaintiff Caike Barbosa Leite Silva, who is scheduled for his I-485 adjustment interview on December 19, 2025 at 7:45 a.m.

9. Mr. Barbosa Leite Silva is fully eligible for adjustment of status. He has no criminal history and has complied with all legal requirements. He resides with and depends on his U.S.-citizen spouse, with whom he shares a stable and established life in Long Beach, California.

10. If arrested at her interview, Mr. Barbosa Leite Silva would suffer immediate detention, likely at Otay Mesa or Adelanto; separation from his U.S.-citizen spouse; disruption of his pending application; and significant psychological, emotional, and financial harm. Detention would also jeopardize the viability of his adjustment application, causing a loss of his statutory right to pursue lawful permanent residence.

17. In my professional judgment, Plaintiff faces a substantial and immediate threat of being arrested if he attends his interview as scheduled.

18. Such arrest would cause harms, loss of liberty, separation from his U.S.-citizen spouses, disruption or abandonment of his immigration benefits, that cannot be undone after the fact.

19. There is no administrative process through USCIS or ICE that Plaintiff may use to protect himself from arrest at the interview. Only judicial intervention can prevent these harms.

20. For the reasons stated above, I strongly believe that immediate injunctive relief is necessary to protect all three Plaintiff from imminent and irreparable harm.

21. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 11th day of December, 2025, in Los Angeles, California

                                                         _____
Marcelo Gondim (SBN 271302)
Gondim Law Corp.
1880 Century Park E, Suite 400
Los Angeles, CA 90067
Phone: (323) 282-7770
Email: Court@gondim-law.com

Counsel for Plaintiff

4