UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-11867-AB-RAO | Date: | December 18, 2025 |
| Title: | *Caike Barbosa Leite Silva v. Kristi Noem, et al.* | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter via Zoom |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Marcelo Gondim | Karen E. Smith |

**Proceedings:** **(ZOOM) EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AS TO ARREST AT I-485 INTERVIEW [10]**

The matter is called and Counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby GRANTS the Emergency Ex Parte Application for Temporary Restraining Order as to Arrest at I-485 Interview (Dkt. 10). Order to follow.

IT IS SO ORDERED.

: 34

CV-90 (12/02)   CIVIL MINUTES - GENERAL   Initials of Deputy Clerk EVC