TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
KAREN E. SMITH (Md. Bar No. 0712120288)
Special Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 917-0138
        E-mail: karen.smith@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAIKE BARBOSA LEITE SILVA, | No. 2:25-cv-11867-AB-RAO |
| Plaintiff, | **FEDERAL DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; SUGGESTION OF MOOTNESS** |
| v. | |
| KRISTI NOEM, *et al.*, | Honorable André Birotte Jr. |
| Defendants. | United State District Judge |

1

**DEFENDANTS' RESPONSE TO OSC RE: PRELIMINARY INJUNCTION;
SUGGESTION OF MOOTNESS**

On December 18, 2025, the Court issued an order [Dkt. 17] providing that the Defendants were enjoined from detaining Petitioner at his then-upcoming adjustment of status interview at the United States Citizenship and Immigration Services ("USCIS") that was scheduled to take place on December 19, 2025. The Court's order further required Respondents to show cause as to why a preliminary injunction should not issue. Respondents hereby show such cause.

Petitioner's request was based on his desire to attend his interview at USCIS without the possibility of detention and Defendants have no reason to believe his interview failed to take place. This moots Plaintiff's requested preliminary injunction and this matter generally. *See, e.g., Iron Arrow Honor Society v. Heckler*, 464 U.S. 67, 70 (1983); *United States v. Geophysical Corp. of Alaska*, 732 F.2d 693, 698 (9th Cir. 1984) ("We cannot take jurisdiction over a claim as to which no effective relief can be granted.").

While Defendants continue to oppose the issuance of a preliminary injunction pursuant to the legal positions stated in the Defendant's brief in opposition to the Plaintiff's *ex parte* application for a temporary restraining order [Dkt. 14], and the Defendants maintain that those positions warrant denying a preliminary injunction on the merits, the issue is mooted in any event by the TRO's issuance [Dkt. 17].

Accordingly, the OSC re: preliminary injunction should be discharged, and the Plaintiff should either voluntarily dismiss this matter or else be required to respond to an OSC re: Dismissal.

.

Respectfully submitted,

Dated: December 23, 2025

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Karen E. Smith*
KAREN E. SMITH
Special Assistant United States Attorney

Attorneys for Defendants