Marcelo Gondim, Esq. CA#: 271302
Gondim Law Corp.
1880 Century Park East, Suite 400
Los Angeles, CA 90067
Telephone: 323-282-7770
Email: court@gondim-law.com

Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**Caike Barbosa Leite Silva**
*Plaintiff,*

vs.

**KRISTI NOEM, ET AL.**

*Defendants*

CASE #: **2:25-CV-11867-AB-RAO**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to the Federal Rules of Civil Procedure Rule, 41(a)(1)(A)(i), Plaintiff, Caike Barbosa Leite Silva, through undersigned Counsel, hereby gives notice of voluntary dismissal without prejudice of the above-mentioned action.

Date: February 24, 2026

Respectfully submitted,

*/s/ Marcelo Gondim*

Marcelo Gondim (SBN 271302)
Gondim Law Corp.
1880 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (323) 282-7770
Email: court@gondim-law.com

**CERTIFICATE OF SERVICE**

I, hereby certify that on February 24, 2026, the foregoing Notice of Voluntary Dismissal was electronically filed with the Clerk of this U.S. District Court through the CM/ECF NextGen electronic filing system via PACER, which will send notification of such filing to registered participants.

DATED: February 24, 2026.

Respectfully submitted,

*/s/ Marcelo Gondim*

Marcelo Gondim, Esq.
(SBN: 271302)
Gondim Law Corp.
1880 Century Park East, Suite 400
Los Angeles, CA 90067
Phone: (323) 282-7770
Email: court@gondim-law.com